IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 4:CR21-312 |
| RONALD ROGERS,<br>　　　　Defendant. | : |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
Possessing Contraband in Prison
18 U.S.C. §1791(a)(2)

On or about April 13, 2021, at the United States Penitentiary, Allenwood, within the Middle District of Pennsylvania, the defendant,

**RONALD ROGERS,**

being an inmate of the United States Penitentiary, did knowingly possess a prohibited object, that is, a weapon or an object designed to be used as a weapon, specifically a piece of plastic-like material with a metal screw sharpened to a point, measuring approximately six inches in length.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

FILED
WILLIAMSPORT
OCT 14 2021
PER _____
DEPUTY CLERK

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### Threatening a Federal Law Enforcement Officer
### 18 U.S.C. § 115(a)(1)(B)

1. The Grand Jury incorporates herein by reference Count 1 as if set forth at length.

2. On or about April 13, 2021, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

**RONALD ROGERS,**

did threaten to assault and murder, A.P., a Federal law enforcement officer, with intent to impede, intimidate, and interfere with A.P., while engaged in the performance of his official duties, and with intent to retaliate against A.P. on account of the performance of his official duties, specifically:

(1) Following the recovery of the above-described weapon, the defendant stated to A.P., "Lieutenant if I get an extra charge for that piece of steel you will be the first one stuck with a piece of steel when I come back."

(2) When told that kind of talk was uncalled for, the defendant

stated, "Lieutenant, can't you just make this disappear throw it in the trash like it never happened?" And, when told that his request could not be complied with, the defendant stated, "I can't wait to get out I'm a fuck you up I'm a kill you."

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

A TRUE BILL

FOREPERSON

Date: 10/11/21


BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

By: 

GEORGE J. ROCKTASHEL
ASSISTANT U.S. ATTORNEY